```
 1  Donald T. McMillan, SBN 134366
    Peter J. Walls, SBN 148256
 2  McMILLAN & SHUREEN LLP
    50 Santa Rosa Avenue, Suite 200
 3  Santa Rosa, CA 95404
    (707) 525-5400
 4  (707) 576-7955 (Fax)

 5  Attorneys for Defendant LOUIS RIGAUD,
    Doing Business As HALUS POWER SYSTEMS
 6

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TDX POWER SERVICES, LLC, An Alaska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS RIGAUD, Doing Business As HALUS POWER SYSTEMS, WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE No. CV 12 4419<br><br>Complaint filed: 8/22/2012<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 25, 2013** |

Pursuant to Northern District Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED by and between the parties to this action that the Case Management Conference currently scheduled for April 18, 2013 be continued to April 25, 2013 at ~~3:00~~ 2:00 p.m. before the Honorable Phyllis J. Hamilton.

DATED: March 13, 2013

ABBEY, WEITZENBERG, WARREN & EMERY

By _____
Mitchell B. Greenberg
Attorneys for Plaintiff

DATED: March 13, 2013

McMILLAN & SHUREEN LLP

By _____
Donald T. McMillan
Attorneys for Defendant LOUIS RIGAUD dba HALUS POWER SYSTEMS

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 25, 2013

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/15/13

Phyllis J. Hamilton, Judge
United States District Court, Northern
District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*