LAW OFFICES OF ROBERT J. RAUCH
ROBERT J. RAUCH, *Pro Hac Vice*
1159 Chuckanut Ridge Drive
Bow, Washington 98232
Telephone: (360) 766-4140
Facsimile: (360) 766-5022

MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050
Facsimile: (707) 542-2589
Email: mgreenberg@abbeylaw.com

Attorneys for Plaintiff
TDX Power Services, LLC,
An Alaska Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TDX POWER SERVICES, LLC, An Alaska Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>LOUIS RIGAUD, Doing Business As HALUS POWER SYSTEMS, WELLS FARGO BANK, N.A.,<br><br>  Defendants. | No.: CV 12-04419 PJH<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Phyllis J. Hamilton |

Pursuant to Northern District Local Rules 6-1(b) and 6-2, it is hereby stipulated by and between the parties to this action that the Case Management

- 1 -

Conference currently scheduled for March 13, 2014 be continued to March 27, 2014 at 2:00 p.m. before The Honorable Phyllis J. Hamilton.

Dated: March 11, 2014.          ABBEY, WEITZENBERG, WARREN & EMERY

                                By:  /s/ Mitchell B. Greenberg
                                     Mitchell B. Greenberg,
                                     Attorneys for Plaintiff
                                     TDX Power Services, LLC, An Alaska
                                     Limited Liability Company

Dated: March 11, 2014.          McMILLAN & SHUREEN, LLP

                                By:  /s/ Peter J. Walls
                                     Peter J. Walls
                                     Attorneys for Defendant
                                     Louis Rigaud, dba Halus
                                     Power Systems

## ATTESTATION CLAUSE

In accordance with General Order No. 45, Rule X, the below signatory attests that concurrence in the filing of this document has been obtained from each signatory above.

Dated: March 11, 2014.          ABBEY, WEITZENBERG, WARREN & EMERY

                                By:  /s/ Mitchell B. Greenberg
                                     Mitchell B. Greenberg,
                                     Attorneys for Plaintiff
                                     TDX Power Services, LLC, An Alaska
                                     Limited Liability Company

Pursuant to Stipulation, **IT IS SO ORDERED.**

Dated: 3/12/14 .                _____
                                U. S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for plaintiff TDX Power Services, LLC, an Alaska Limited Liability Company, hereby certify that on March 11, 2014, I electronically filed the foregoing **"STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: March 11, 2014.

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
     Mitchell B. Greenberg
     Attorneys for Plaintiff
     TDX Power Services, LLC