Donald T. McMillan, SBN 134366
Peter J. Walls, SBN 148256
McMILLAN & SHUREEN LLP
50 Santa Rosa Avenue, Suite 200
Santa Rosa, CA  95404
(707) 525-5400
(707) 576-7955 (Fax)

Attorneys for Defendant LOUIS RIGAUD,
Doing Business As HALUS POWER SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TDX POWER SERVICES, LLC, An Alaska Limited Liability Company,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LOUIS RIGAUD, Doing Business As HALUS POWER SYSTEMS,<br><br>　　　　　　　　　Defendants.<br>_____<br>LOUIS RIGAUD, Doing Business As HALUS POWER SYSTEMS,<br><br>　　　　　　　　　Counterclaimant,<br><br>vs.<br><br>TDX POWER SERVICES, LLC, An Alaska Limited Liability Company,<br><br>　　　　　　　　　Counterdefendant. | CASE No. CV 12 4419PJH<br><br>Complaint filed: 8/22/2012<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM** AND ORDER<br>The Honorable Phyllis J. Hamilton |

Pursuant to Northern District Local Rules 6-1(b), 6-2, and 7-11, Federal Rule of Civil Procedure 41(a)(2) and this Court's prior Order dated July 29, 2013, IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant TDX POWER SERVICES, LLC ("TDX") and Defendant and Counterclaimant LOUIS RIGAUD, doing business as HALUS POWER SYSTEMS ("Rigaud") (collectively "the Parties") to this action that the

1

1  Case Management Conference currently scheduled before the Honorable Phyllis J.
2  Hamilton on March 27, 2014, be discontinued and the case be dismissed as more fully
3  described below.
4    WHEREAS, the Parties filed a Notice of Settlement and Stipulation to Continue
5  Jurisdiction of the Court to Enforce Settlement on July 29, 2013, and this Court entered
6  Orders continuing the Case Management Conference to March 27, 2014;
7    WHEREAS, subsequent to the execution of the Settlement Agreement dated July
8  8, 2013, the Parties have performed various obligations contained in the Settlement
9  Agreement;
10   WHEREAS, the Parties now request this Court to vacate the Case Management
11 Conference and enter an order dismissing TDX's Complaint and Rigaud's Counterclaim,
12 both with prejudice except as stated further herein;
13   WHEREAS, the Parties desire that notwithstanding the dismissal of the Complaint
14 and Counterclaim, the United States District Court retain jurisdiction over the Parties to
15 enforce any remaining obligations in the Parties' Settlement Agreement effective July 8,
16 2013, including the right to seek specific performance of any of the Parties' remaining
17 obligations thereunder.
18   NOW, THEREFORE, the Parties respectfully request the Court to dismiss Plaintiff
19 and Counterdefendant TDX POWER SERVICES, LLC's Complaint with prejudice and
20 Defendant and Counterclaimant LOUIS RIGAUD, doing business as HALUS POWER
21 SYSTEMS' Counterclaim with prejudice, and the Court so orders the Parties' respective
22 requests; and
23   The Court vacates the Case Management Conference set on March 27, 2014.  The
24 Court dismisses Plaintiff's Complaint and Rigaud's Counterclaim, with prejudice, except
25 as to any remaining obligations of the Parties, in the Settlement Agreement and as to
26 those obligations, the Court dismisses Plaintiff's Complaint and Rigaud's Counterclaim
27 without prejudice, but agrees to retain jurisdiction to enforce the Parties' Settlement
28 Agreement dated effective July 8, 2013.

| | | |
|---|---|---|
| 1 | DATED: March 26, 2014 | McMILLAN & SHUREEN LLP |
| 2 | | |
| 3 | | By   /s/Donald T. McMillan |
| | | Donald T. McMillan |
| 4 | | Attorneys for Defendant LOUIS RIGAUD dba HALUS POWER SYSTEMS |
| 5 | | |
| 6 | DATED: March 26, 2014 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 7 | | By   /s/Mitchell B. Greenberg |
| | | Mitchell B. Greenberg |
| 8 | | Attorneys for Plaintiff |
| 9 | DATED: March 26, 2014 | LAW OFFICES OF ROBERT J. RAUCH |
| 10 | | |
| 11 | | By   /s/Robert J. Rauch |
| | | Robert J. Rauch, Esq. |
| 12 | | Attorney for Plaintiff |

## ATTESTATION CLAUSE

In accordance with General Order No. 45, Rule X, the below signatory attests that concurrence in the filing of this document has been obtained from each signatory above.

DATED: March 26, 2014          McMILLAN & SHUREEN LLP

By   /s/Donald T. McMillan
Donald T. McMillan
Attorneys for Defendant LOUIS RIGAUD dba
HALUS POWER SYSTEMS

PURSUANT TO STIPULATION, IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE SET FOR MARCH 27, 2014 AT 2:00 P.M. IS VACATED.  THE COURT DISMISSES WITH PREJUDICE PLAINTIFF'S COMPLAINT AND DEFENDANT AND COUNTERCLAIMANT LOUIS RIGAUD DBA HALUS POWER SYSTEMS' COUNTERCLAIM AS SET FORTH IN THE PARTIES' STIPULATION.

Date: 3/27/14

Phyllis J. Hamilton, Judge
United States District Court, Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal)*